**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO MOUZON, | No. C 15-1581 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DAVID J. BYRON, | |
| Defendant. | |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 24, 2015

_____
SUSAN ILLSTON
United States District Judge